## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Court Clerk | OFFENSE: Conspiracy to Distribute and to Possess With Intent to Distribute Cocaine, a Schedule II Controlled Substance (21 USC 846 & 21 USC 841(b)(1)(A). A Class A Felony. |
| | | ORIGINAL SENTENCE: Ninety-eight (98) months imprisonment followed by five (5) years supervised release. |
| FROM: | Daveena Singh<br>U.S. Probation Officer | SPEC. CONDITIONS: (1) The defendant shall participate in and successfully complete a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as the defendant is released from supervision; (2) The defendant shall obtain and maintain verifiable, legitimate, and full-time employment throughout the term of supervised release; (3) The defendant shall serve 100 hours of community service work on a regular basis at an agency and on a schedule approved by his probation officer, during the first two (2) years of supervised release. |
| | | AUSA: J. Richard Chema, Esq.<br>DEF. ATTNY.: Hal R. Arenstein, Esq.<br>MAX. EXP. DATE: August 8, 2012 |

RE: Gilberto Felix Nunez
    Docket # 3:00CR00018

DATE OF SENTENCE: January 11, 2002

DATE: January 29, 2008

ATTACHMENTS: PSI X   JUDGMENT X   PREVIOUS REPORTS
             VIOLATION PETITION

REQUEST FOR:  WARRANT____  SUMMON____  COURT DIRECTION  X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: FEB 13 2008

---

### TRANSFER OF JURISDICTION/ASSIGNMENT OF DISTRICT JUDGE

Reference is made to the above-captioned individual who was sentenced in the Southern District of Ohio on January 11, 2002, by the Honorable Walter Herbert Rice, Chief U.S. District Judge following a guilty plea to Conspiracy to Distribute and to Possess With Intent to Distribute

                                                            P33268/Daveena Singh
                                    -2-


Cocaine, a, Schedule II Controlled Substance (21 USC 846 & 21 USC 841(b)(1)(A). Nunez was sentenced to ninety-eight (98) months imprisonment followed by five (5) years supervised release with the following special condition: (1) the defendant shall participate in and successfully complete a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as the defendant is released from supervision; (2) The defendant shall obtain and maintain verifiable, legitimate, and full-time employment throughout the term of supervised release; (3) The defendant shall serve 100 hours of community service work on a regular basis at an agency and on a schedule approved by his probation officer, during the first two (2) years of supervised release.

As per the request of the U.S. Probation Department of the Southern District of Ohio, the Honorable Walter Herbert Rice, Chief U.S. District Court Judge of the Southern District of Ohio agreed to a transfer of jurisdiction to the Southern District of New York (SDNY) and has signed a Probation Form 22 (attached) ordering such. At this time, we are requesting that the case be assigned to a Judge in SDNY for acceptance of **TRANSFER OF JURISDICTION.**

Should you have any questions please feel free to contact the undersigned at (212)805-0063.


                                    Very truly your,

                                    Chris J. Stanton
                                    Chief U.S. District Judge

                                    _Daveena Singh_
                                    Daveena Singh
                                    U.S. Probation Officer